■ In the Matter of CAROL FREIFELD, an Infant, by Her Guardian ad Litem, YETTA FREIFELD, Respondent, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.— In a proceeding pursuant to section 50-e of the General Municipal Law, for leave to serve a late notice of claim upon the New York City Housing Authority, the Authority appeals, as limited by its brief, from so much of an order of the Supreme Court, Queens County, dated April 10, 1962, as granted the application in favor of the infant claimant. Order, insofar as appealed from, reversed on the law and the facts, without costs, and application of the infant claimant denied. It appears that the claimed injury occurred on April 13, 1961; that a notice of claim was served on July 13, 1961; and that the present application to Special Term for leave to serve a late notice of claim was made returnable on March 19, 1962. It further appears that a prior application had been made returnable November 20, 1961 in the City Court of the City of New York, but that such application had been withdrawn. No reason for the delay in making the present application is stated in the papers submitted in support thereof. In our opinion, such delay was unreasonable (General Municipal Law, § 50-e, subd. 5; *Matter of Kreuzer* v. *New York City Housing Auth.*, 282 App. Div. 881; *Matter of Fabiani* v. *Town of North Hempstead*, 272 App. Div. 1016; *Matter of Ruskin* v. *City of New York*, 271 App. Div. 934). Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of ADELE MUNTER, Appellant, v. JOHN J. THEOBALD, as Superintendent of Schools of the City of New York, et al., Respondents.— In a proceeding under article 78 of the Civil Practice Act, to annul respondents' determinations directing: (a) that petitioner, a teacher in the New York City public school system who had been previously assigned to teach a class in a certain school, be transferred to the headquarters of the respondent Board of Education; and (b) that petitioner submit to a medical and physical examination with respect to her capacity to perform her duties as a teacher, petitioner appeals from an order of the Supreme Court, Kings County, dated March 27, 1962, which dismissed her petition. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.